AO 322
(Rev. 9/79)

# INTERPRETER'S REPORT OF SERVICE AND
# CLAIM FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the                                         DATE May 6, 2005

    Southern District of Georgia

I request payment be made for interpreter services performed before:

                                       PAYEE's NAME AND ADDRESS AND TAX IDENTI-
JAMES E. GRAHAM, U. S. MAGISTRATE JUDGE    FICATION NUMBER:
    (Name and Title of Presiding Judicial Officer)      ROSA DOBBS
                                       P. O. BOX 2993
In the case of:                            BRUNSWICK, GA 31521
                 Jaime Alvarez Mendoza
    United States of America vs. ~~Remi Galvan Ayala~~   SSI #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
    M05-G-8                                     Tel. # - W-912/280-9662 - H-912/262-1432
    (Civil/Criminal Case Number)                Cell - 571-7272

Itemization of Services and Costs:

| Date(s) | Hours | Number of Days | Cost Per Hour | Cost Per Day | Total Compensation | Other Costs (Including travel) | Total Cost |
|---|---|---|---|---|---|---|---|
| 05/06/05 | | 1/2 | | $86.00 | | | $86.00 |
| | | | | | | | |
| | | | | | | | |

                                          TOTAL AMOUNT CERTIFIED FOR      $86.00

The following information is provided in support of the above services:

Type of Interpretation Provided:
- ☐ Simultaneous
- ☒ Consecutive
- ☐ Summary

Interpreter is:
- ☐ Certified
- ☒ Non-Certified

- ☒ Initial Appearance
- ☐ Preliminary Hearing
- ☐ Arraignment
- ☐ Trial

Nature of Proceedings:
- ☐ Pretrial Service Officer Interview
- ☐ Probation Officer Interview
- ☐ Sentencing
- ☐ Other

Foreign Language(s)

SPANISH

Check if:
- ☐ Hearing/Speech Impaired

Person Furnished Services
- ☒ Defendant
- ☐ Witness
- ☐ Other

FILED U.S. DIST. COURT BRUNSWICK DIV. 2005 MAY -6 P 2:03 CLERK SO. DIST OF GA

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on: May 6, 2005.
                                                                      (Date)

*Rosa Ena Dobbs* (Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY May 6, 2005.
                                      (Date)

*Jas. E. G.* (Signature)

                              James E. Graham, U. S. Magistrate Judge
                              Name and Title of Presiding Judicial Officer