UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 P 2: 02

CLERK _F. Lafictaire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. )   Case No.: M05-G08
)
JAIME ALVAREZ MENDOZA )

## ORDER

The Court having determined, pursuant to Title 28 United States Code §1827, that an interpreter is required and should be designated in this case:

**IT IS ORDERED** that **Rosa Dobbs**, a non-certified interpreter or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $156.00 per day, with a minimum of one half day's compensation of $86.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $27.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court.

**SO ORDERED** this 6th day of May, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

3