IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. M05-G8

JAIME ALVAREZ MENDOZA

## ORDER

A Preliminary Hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, was scheduled for May 11, 2005. Defendant has filed a "Waiver of Preliminary Hearing" stipulating that there is probable cause to believe that he committed the acts alleged in the complaint.

**SO ORDERED**, this 11th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: U.S.A. v. JAIME ALVAREZ MENDOZA  CASE NO:   M05-G-8

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1: Pursuant to instructions from the Court, and in the performance of my official duties, I personally placed in the U. S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the person, parties or attorneys named below; and

2: That the aforementioned envelope(s) contained a copy of the document dated May 11, 2005, which is part of the official records of this case.

Date of Mailing: May 11, 2005
Date of Certificate: May 11, 2005

SCOTT L. POFF, CLERK

By: _Lee G. LaVictoire_

Deputy Clerk

Magistrate Judge Graham
Minutes

1. Clyde W. Royals, Esq., 239 S. Peterson Ave., Douglas, GA 31533-3851
2. Jaime Alvarez Mendoza, c/o Glynn County Detention Center, 1812 Newcastle Street, Brunswick, GA 31520
3. Lamar C. Walter, Office of U. S. Attorney,, P. O. Box 899, Savannah, GA 31412
4. U. S. Probation, 801 Gloucester Street, Brunswick, GA 31521 (Hand delivered)
5. U. S. Marshals Service, 801 Gloucester Street, Brunswick, GA 31521 (Hand delivered)